UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 15-4879-MWF(Ex)**                                    Dated: **April 5, 2016**

Title:    Italian Connection, Inc. -v- KVM International Fashions, Ltd., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                     None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

In light of the Mediation Report filed April 4, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **May 9, 2016 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                                    Initials of Deputy Clerk   cw
CIVIL - GEN